IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIFFANY COOPER-ESCALERA and
LAILA ALEXA MONTOYA,

      Plaintiffs,

vs.                                                                                                       No. CIV 23-0544 JB/DLM

TERRANCE DOUGLAS GROSS and
R&B TRUCKING LLC,

      Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order of Dismissal of Plaintiffs' Complaint with Prejudice, filed on February 14, 2024 (Doc. 24)("Dismissal Order"). In the Dismissal Order, the Court dismisses with prejudice the Plaintiffs' First Amended Complaint to Recover Damages for Personal Injuries, filed July 6, 2023 (Doc. 6). See Dismissal Order at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the Plaintiffs' First Amended Complaint to Recover Damages for Personal Injuries, filed July 6, 2023 (Doc. 6), is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                  _____
                                                                   UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

Laraine Mendez
Elite Injury Law Group
El Paso, Texas

    *Attorneys for the Plaintiffs*

Bryan D. Evans
Jacqueline L. Miller
Atwood, Malone, Turner & Sabin, P.A.
Roswell, New Mexico

    *Attorneys for the Defendants*